**Dated: December 22, 2017**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 16-11253 |
| ROBIN FREEMAN | CHAPTER 7 |
| DEBTOR. | |

_____

**ORDER ON MOTION FILED BY DEBTOR OBJECTING TO CLAIMS FILED BY REAL TIME RESOLUTIONS, INC.**
_____

This matter came before the court, notice was provided to Trustee and creditors and no objection was filed. The motion was granted as to the objection of the claims filed by Real Time Resolutions, Inc.. After notice and opportunity to be heard and there being no objection, the motion is granted as follows: The claim of Real Time Resolutions, Inc. claim #12-2 in the amount of $170,246.06 shall be deemed disallowed.

APPROVED FOR ENTRY:

/s/Robert B. Vandiver, Jr.
*By:   Robert B. Vandiver, Jr.  (15685)
Po Box 906, Jackson, TN 38302-0906

## REQUEST FOR SERVICE

/s/Robert B. Vandiver, Jr.
Robert B. Vandiver, Jr. 15685

Debtor
Debtor's Attorney
Michael T. Tabor, 203 S. Shannon, P.O. Box 2877,Jackson, TN 38302-2877
Real Time Resolutions, Inc. as agent for Litton Loan Serv LP, 1349 Empire Central Drive, Suite #150, Dallas, TX 75247-4029