UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

IN RE:                                     )
                                           )    CHAPTER 7
ROBIN FREEMAN                              )
                                           )    CASE NO. 16-11253
DEBTOR.                                    )

## TRUSTEE'S REPORT OF SALE

COMES NOW the Chapter 7 Trustee and makes the following Report of Sale of certain property in the above estate by said Chapter 7 Trustee. Notice of this sale was provided to all creditors and parties in interest by Motion and, by signature below, the Trustee hereby certifies that no objections were properly made.

The Order Granting Motion to Approve Purchase and Sale Agreement, as Orally Amended was entered March 31, 2017.

The following property was sold:    House & lot located at 111 Oakwood Drive, Martin, Weakley County, TN

The subject property was sold for $336,000.00

The subject property was sold to Robert & Kimberly Montoya.

RESPECTFULLY SUBMITTED, this the 22nd day of February, 2018.

/s/ Michael T. Tabor
*MICHAEL T. TABOR, #4736
CHAPTER 7 TRUSTEE
P.O. BOX 2877
JACKSON, TN 38302-2877
(731)424-3074

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true copy of the foregoing has been served on the following electronically or by mailing a copy of the same postage pre-paid.
    This the 22nd day of February, 2018.

                                              /s/ Michael T. Tabor
                                              MICHAEL T. TABOR

<u>Postage Pre-Paid</u>
Debtor
All Entities on Matrix

<u>Electronically</u>
Attorney for Debtor
U.S. Trustee